O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKAYI RUDO WHITE,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>Respondent. | Case No. 8:20-cv-00814 JLS (KES)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, along with the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the initial Report and Recommendation to which objections have been made. (Dkt. 24, 26.) The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's motion to dismiss the Petition (Dkt. 14) is granted;

(2) Petitioner's motion for stay and abeyance (Dkt. 2) is denied as moot;

(3) Petitioner's motion for discovery (Dkt. 25) is denied; and

(4) Judgment be entered dismissing the petition as untimely and dismissing this action with prejudice.

DATED: January 4, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE