JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKAYI RUDO WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. 8:20-cv-00814 JLS (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 4, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE